**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GLORIA J. HILL
    v.                                                                                                 Civil 3:11-CV-1803(JGM)

COMMISSIONER OF SOCIAL
SECURITY,

## **JUDGMENT**

This matter came on for consideration on plaintiff's motion for summary judgment and the defendant's motion for Judgment Under Sentence Four of 42 U.S.C. Section 405(g) with Reversal and Remand of the Cause to the defendant before the Honorable Joan G. Margolis, United States Magistrate Judge. The Court reviewed all of the papers filed in conjunction with the motions and on June 27, 2012 entered Orders granting the relief to the extent agreed to by counsel in the Consent Motion for Judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered reversing and remanding the cause to the defendant.

Dated at New Haven, Connecticut, this 29th day of June, 2012.

                                                                                                   ROBIN D. TABORA, CLERK

                                                                                                   By:_____
                                                                                                   Yelena Gutierrez
                                                                                                   Deputy Clerk

EOD:  June 29, 2012